DAVID A. BOONE - State Bar No. 74165
FANNY ZHANG WAN - State Bar No. 277606
LAW OFFICES OF DAVID A. BOONE
1611 The Alameda
San Jose, California 95126
Telephone (408) 291-6000

ATTORNEYS FOR DEBTORS
DAVID REYES PRIETO &
MARGIE PRIETO

UNITED STATES BANKRUPTCY COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| IN RE: | ) | CHAPTER 13 |
|---|---|---|
| DAVID REYES PRIETO | ) | CASE NO.: 14-55035 SLJ |
| MARGIE PRIETO | ) | |
| Debtors. | ) | |

**COVER SHEET FOR AMENDED SCHEDULE C**

Attached here to is Debtor's Amended Schedule C

DATED: March 9, 2015          /s/ Fanny Zhang Wan
                              LAW OFFICES OF DAVID A. BOONE

In re **David Reyes Prieto,**
**Margie Prieto**

Case No. **14-55035 SLJ**

Debtors

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT - AMENDED

Debtor claims the exemptions to which debtor is entitled under:
(Check one box)
☐ 11 U.S.C. §522(b)(2)
■ 11 U.S.C. §522(b)(3)

☐ Check if debtor claims a homestead exemption that exceeds $155,675. *(Amount subject to adjustment on 4/1/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.)*

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Checking, Savings, or Other Financial Accounts, Certificates of Deposit** | | | |
| Checking Account with Chase<br>In Debtor's Possession. | C.C.P. § 703.140(b)(5) | 65.00 | 65.00 |
| Checking Account with MeriWest Credit Union<br>In Debtor's Possession. | C.C.P. § 703.140(b)(5) | 38.00 | 38.00 |
| Checking Account with MeriWest Credit Union<br>Joint Account with Daughter<br>In Debtor's Possession. | C.C.P. § 703.140(b)(5) | 50.00 | 50.00 |
| **Wearing Apparel** | | | |
| Household Goods and Furnishings<br>In Debtor's Possession. | C.C.P. § 703.140(b)(3) | 1,000.00 | 1,000.00 |
| Work and Casual Clothes and Shoes<br>In Debtor's Possession. | C.C.P. § 703.140(b)(3) | 800.00 | 800.00 |
| **Furs and Jewelry** | | | |
| Wedding Bands, Rings and Miscellaneous Costume Jewelry<br>In Debtor's Possession. | C.C.P. § 703.140(b)(4) | 150.00 | 150.00 |
| **Other Personal Property of Any Kind Not Already Listed** | | | |
| Garnished Funds<br>In Los Angeles Sheriff's Possession | C.C.P. § 703.140(b)(5) | 433.38 | 433.38 |
| | Total: | **2,536.38** | **2,536.38** |

__0__ continuation sheets attached to Schedule of Property Claimed as Exempt